```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 01636
   ADRIAN R CEPEDA
   IRMA G CEPEDA                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-0423    SSN XXX-XX-2214

--------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 01/31/07 and confirmed on 07/17/07.

    2.  The case was converted to Chapter 7 after confirmation, 11/12/2007.

    3.  The Debtor paid a total of $   4501.00 .

    4.  The Trustee made disbursements to creditors as follows:

--------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------
HSBC MORTGAGE SERVICES     CURRENT MORTG          .00            .00           .00
HSBC MORTGAGE SERVICES     MORTGAGE ARRE      9783.66            .00           .00
WELLS FARGO FINANCIAL AC   SECURED VEHIC     22375.00         157.63       2507.63
WELLS FARGO FINANCIAL AC   SECURED VEHIC      7039.80          51.00        779.22
WILL COUNTY TREASURER      SECURED            1482.00            .00        850.03
BUR COL RECO               UNSECURED         NOT FILED           .00           .00
CHASE BANK                 SECURED             110.72            .12           .00
DIRECT TV                  UNSECURED         NOT FILED           .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED          8560.06            .00           .00
ECAST SETTLEMENT CORP      UNSECURED           615.32            .00           .00
MRSI                       UNSECURED         NOT FILED           .00           .00
RMS                        UNSECURED         NOT FILED           .00           .00
ECAST SETTLEMENT CORPORA   UNSECURED           275.58            .00           .00
AFNI/VERIZON               UNSECURED           783.65            .00           .00
WELLS FARGO FINANCIAL AC   UNSECURED          8737.39            .00           .00
CHASE BANK                 UNSECURED          3921.27            .00           .00
WELLS FARGO FINANCIAL AC   UNSECURED              .00            .00           .00
         Summary of disbursements:
--------------------------------------------------------------------
              SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
--------------------------------------------------------------------
TOTAL CLMS ALLOWED  40791.18       .00    22893.27         .00    63684.45
PRINCIPAL PAID       4136.88       .00         .00         .00     4136.88
INTEREST PAID         208.75       .00         .00         .00      208.75
TOTAL PAID           4345.63       .00         .00         .00     4345.63
The Debtor's attorney, KONSTANTINE T SPARAGIS         , was allowed $   3000.00
and was paid $   500.00  direct and $       .00  through the plan.

The Trustee received $    155.37 .

Refunds to the Debtor totaled $       .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 02/12/08                           /S/
                                            GLENN STEARNS
                                            CHAPTER 13 TRUSTEE